UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA           )
                                   )
v.                                 )          NO. 3:10-00243
                                   )          JUDGE CAMPBELL
MARILYN GREENE                     )

ORDER

     The sentencing hearing in this case is set for February 4, 2013, at 9:00 a.m. The Defendant

shall remain on her current conditions of release pending further order of the Court. The Defendant

shall attend all Court hearings in this case.

     All motions for a departure or pursuant to United States v. Booker, 125 S.Ct. 738 (2005)

must be filed at least five (5) days before the sentencing hearing.

     In accordance with LCrR 32.01(c), at least seven (7) days prior to the sentencing date, the

parties shall file a "Position of the (Government or Defendant) with Respect to Sentencing Factors,"

containing only unresolved objections to the Presentence Report. If the parties have no objections

to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties

shall also serve a copy of their "Position" on the Probation Office upon its filing.

     It is so ORDERED.

                                     _____
                                     TODD J. CAMPBELL
                                     UNITED STATES DISTRICT JUDGE